UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JASMINE GRACE, on behalf
of herself and all others similarly
situated,

    *Plaintiff*,

v.                                                                    **Case No. 5:23-CV-1463-JKP-ESC**

EL CENTRO DEL BARRIO, d/b/a
Centromed,

    *Defendant*.

## ORDER OF REMAND

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order ("M&O") issued in Consolidated Civil Case No. 5:23-CV-1156-JKP-ESC contemporaneously with this Order of Remand, the Court lacks subject matter jurisdiction. Accordingly, under 28 U.S.C. § 1447(c), the Court **FINDS** that it lacks jurisdiction over this removed action and **REMANDS** the case to the 438th Judicial District Court of Bexar County, Texas, Cause No. 2023C117950. **The Clerk of Court shall effect this remand in accordance with the usual procedure of the Court consistent with § 1447(c).** The parties are responsible for their own costs, expenses, and attorney fees. **The Court directs the Clerk of Court to close this case.**

    IT IS SO ORDERED this 21st day of April 2025.

                                                  JASON PULLIAM
                                                  UNITED STATES DISTRICT JUDGE